IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                              Criminal No. 1:04-CR-~~10072~~-01-T
                                              04-10054

DALLIS JEROME PRICE

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon oral motion of counsel for defendant and the Government the trial date of July 5, 2005, is continued to allow counsel for the Government additional time to investigate. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for **Tuesday, July 5, 2005 at 9:00 A.M.** and reset **TRIAL DATE** for **Monday, July 18, 2005 at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of July 5, 2005, to July 18, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(8)(B)(iv) and (h)(8)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 23 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/27/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:04-CR-10054 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT