IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 1-04-10054-01-T |
| | ) |
| DALLIS JEROME PRICE, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT

Defendant Dallis Jerome Price, having been previously convicted of a misdemeanor crime of domestic violence, was indicted for possession of a firearm in violation of 18 U.S.C. § 922(g). The United States filed this motion to dismiss the indictment because Defendant was prosecuted in the Circuit Court of Gibson County, Tennessee, in cases numbered 7667 and H7705; therefore, the state prosecution vindicated the relevant federal interest and dual prosecution is not warranted. For good cause shown, the United States' motion is GRANTED and Defendant's indictment is DISMISSED.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

30 June 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/1/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:04-CR-10054 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT